IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL T. LEWIS,<br><br>               Plaintiff,<br><br>vs.<br><br>PHILIP ANSCHUTZ and<br>XANTERRA PARKS AND<br>RESORTS, INC.,<br><br>              Defendants. | CV 21-115-BLG-SPW<br><br><br>ORDER ADOPTING<br>MAGISTRATE'S FINDINGS<br>AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on Plaintiff's Amended Complaint, pursuant to pro se IFP screening. (Doc. 6). The Magistrate recommended that Defendants Rodney Sisam, Mark Bogden, and "Bernard" be dismissed. (Doc. 6 at 3).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000).  After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendants Rodney Sisam, Mark Bogden, and "Bernard" are DISMISSED.

DATED this 2nd day of March, 2023.

_____

SUSAN P. WATTERS
United States District Judge